**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | William P. Griffith aka Bill P. Griffith |
| Debtor 2 (Spouse, if filing) | Laura L. Griffith |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 10-53604 |

# Form 4100R
## Response to Notice of Final Cure Payment

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Provident Funding Associates, L.P.

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 5 2

**Court claim no.** (if known): _____

**Property address:**
2003 Great Falls Dr
Number   Street

Plainfield   IL   60586
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

(●) Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

( ) Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:* Stay Lifted on January 16, 2015

( ) Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2015
MM / DD / YYYY

(●) Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ N/A

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ N/A

c. **Total**. Add lines a and b.   (c) $ N/A

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / _____
MM / DD / YYYY

Debtor 1  William P. Griffith
          _____
          First Name    Middle Name    Last Name

Case number (*if known*) _____  10-53604

---

**Part 4:  Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:  Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Caleb J Halberg
Signature

Date   1 / 13 / 2016

Print  Caleb        J          Halberg
       First Name   Middle Name  Last Name

Title  Attorney for Creditor

Company  Potestivo & Associates, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address  223 W Jackson Blvd, Suite 610
         Number       Street
         Chicago               IL       60602
         City                  State    ZIP Code

Contact phone  ( 312 ) 263 – 0003

Email  chalberg@potestivolaw.

---

Form 4100R              **Response to Notice of Final Cure Payment**              page **2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    William P. Griffith                                    Case No. 10-53604
    aka Bill P. Griffith                                Chapter 13
     Laura L. Griffith                                  Judge: Bruce W. Black

                Debtors

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Provident Funding Associates, L.P.
Our File No.:  C14-06813

**Alexander Tynkov**
Zalutzsky & Pinski, Ltd
111 West Washington, Suite 1550
Chicago, IL 60602
(312)782-9792
Email: ecf@zaplawfirm.com
_____/


**AFFIDAVIT OF SERVICE**


     I, Cathy Scanlan, state that on the 13th day of January 2016, I served a copy of the Response to the Notice of Final Cure and Affidavit of Service of same upon the below listed parties:

| William P. Griffith | Laura L. Griffith | Alexander Tynkov |
| --- | --- | --- |
| 2208 Carpenter | 449 Benjamin Franklin Ct. | 111 West Washington, Suite 1550 |
| Plainfield, IL 60586 | Aurora, IL 60504 | Chicago, IL 60602 |
| | | |
| Office of the U.S. Trustee | | Glenn B. Stearns |
| 219 S Dearborn St, Room 873 | | 801 Warrenville Road, Suite 650 |
| Chicago, IL 60604 | | Lisle, IL 60532 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtors' Attorney and the Trustee, and the U.S. Trustee

                                                          */s/ Cathy Scanlan*
                                                          Cathy Scanlan